IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-473-DCK

| | |
|---|---|
| BETH L. ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LAST CALL OPERATING CO. I, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Notice Of Pendency Of Bankruptcy And Request For Stay Of Proceedings" (Document No. 22) filed August 11, 2016. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this notice is appropriate. Having carefully considered Defendant's filing, the record, and noting that Plaintiff has declined to file a response, the undersigned will stay this matter.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED**. The parties shall file a Status Report on or before **November 10, 2016**, and every ninety (90) days thereafter, until otherwise ordered.

**SO ORDERED**.

Signed: October 13, 2016

David C. Keesler
United States Magistrate Judge