# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-473-DCK

| | |
|---|---|
| BETH L. ROBERTSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LAST CALL OPERATING CO. I, INC. | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Notice Of Pendency Of Bankruptcy And Request For Stay Of Proceedings" (Document No. 22) filed August 11, 2016. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of the "Notice…" and record is appropriate.

This case has been stayed since October 14, 2016, based on Defendant's pending bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware. (Document No. 23). Defendant's most recent Status Reports suggest, and the Court has independently confirmed, that the related bankruptcy proceeding should be resolved soon. See (Document Nos. 29 and 30).

Based on the foregoing, the undersigned will revise the conditions of the stay. Defendant shall file its next Status Report by **June 29, 2018**, and additional reports every thirty (30) days thereafter; in the alternative, the parties may file a Stipulation of Dismissal. Defendant's next Status Report shall indicate consultation with its bankruptcy counsel and counsel for Plaintiff. Moreover, Defendant shall forecast what, if any, discovery or motions practice remains in this case after conferring with Plaintiff's counsel and include a proposed schedule.

**IT IS, THEREFORE, ORDERED** that Defendant's counsel shall file a Status Report on **June 29, 2018**, and every thirty (30) days thereafter, as directed herein.

**SO ORDERED**.

Signed: May 17, 2018

David C. Keesler
United States Magistrate Judge